IN THE SUPREME COURT OF THE STATE OF DELAWARE

PATRICIA O'ROURKE, §
§ No. 91, 2022
    Plaintiff Below, §
    Appellants, § Court Below—Superior Court
§ of the State of Delaware
    v. §
§ C.A. No: N20C-08-064
PNC BANK, §
§
    Defendants Below, §
    Appellees. §

Submitted: November 2, 2022
Decided: November 21, 2022

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## ORDER

This 21st day of November, 2022, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its February 15, 2022 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice